IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| DANA PEEPLES, | ) | C.A. No.:  9:20-cv-04463-RMG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S RULE 26** |
| | ) | **DISCLOSURE** |
| WILLIAM A. HERRNSTEIN AND | ) | **OF EXPERT WITNESSES** |
| HERRNSTEIN AUTO GROUP, LLC | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

_____

Plaintiff Dana Peeples ("Plaintiff"), by and through her undersigned counsel, pursuant to

Rule 26 of the Federal Rules of Civil Procedure, hereby discloses her experts, as follows:


A.  **Expert Witness**

1.  Tyler S. Black, M.S.M.E, P.E.
    Delta |v| Forensic Engineering
    Charlotte Office
    9401-D Southern Pine Boulevard
    Charlotte, North Carolina  28273
    (704) 525-5700

2.  Dr. Santo Steven BiFulco, M.D., CLCP
    BiFulco Medical Group
    228 E. Bearss Avenue
    Tampa, Florida  33813
    (813) 417-7447

3.  Dr. Oliver G. Wood, Jr.
    P.O. Box 24677
    Columbia, SC 29224
    (803) 736-1300

4.  Dr. Jason M. Highsmith, M.D.
    Carolina Neurosurgery & Orthopedics, Inc.
    2910 Tricom Street, Suite 201
    North Charleston, SC 29406
    (843) 510-7867

B.  A statement of opinions, facts, data considered, and exhibits has been and/or will be provided to defendant's by way of their request for production.

C.  The witness' qualifications and CVs has been and/or will be provided to the defendants.

D.  A list of cases where the witnesses testified as experts has been and/or will be provided to defendants.

E.  A statement of compensation paid for the study and testimony has been and/or will be provided to defendants.

THE GIBBS LAW FIRM, LLC

By:  *s/Christopher F. Gibbs*
    Christopher F. Gibbs (Bar No. 12128)
    1304 Boundary St.
    Beaufort, SC 29902
    (843) 379-2330
    *Attorney for Plaintiff*

July 6, 2021

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the **Plaintiff's Rule 26 Disclosure of Experts** were filed electronically on July 6, 2021 and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service and compliance with the requirements of Fed. R. Civ. P. 5(b)(2)(D). The following parties were served via ECF:

Robert D. Moseley, Jr. (Bar No. 5526)
William S. Jackson IV (Bar No. 13047)
Moseley Marcinak Law Group, LLP
(864) 242-0081 (864) 242-0890 (Fax)
PO Box 26148
Greenville, SC 29616
(864) 248-6025 (864) 248-6035 (Fax)
*Counsel for Defendants, Herrnstein Auto Group, LLC and William A. Herrnstein*

By: s/ Christopher Gibbs
    Christopher Gibbs

2