IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Dana Peeples, | ) | Civil Action No.:  9:20-CV-04463-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **PLAINTIFF'S EXPERT** |
| vs. | ) | **WITNESSES DISCLOSURE** |
| | ) | |
| Herrnstein Auto Group, LLC; | ) | |
| William A. Herrnstein; | ) | |
| Defendants. | ) | |

_____

In accordance with Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Plaintiff,

Dana Peeples, respectfully makes her mandatory expert witness disclosure as follows:

A. Expert Witness

  a. Dr. Jason M. Highsmith, M.D.
     Carolina Neurosurgery and Orthopedics, Inc.
     2910 Tricom Street, Suite 201
     North Charleston, South Carolina 29406
     (843) 510-7867

  b. Dr. Shailesh Patel
     Lowcountry Orthopaedics
     93-B Springview Lane
     Summerville, South Carolina 29485
     (843) 797-5050

  c. Tyler S. Black, MSME, PE
     Delta |v| Forensic Engineering
     Charlotte Office
     9401-D Southern Pine Boulevard
     Charlotte, North Carolina  28273
     (704) 525-5700

  d. Santo Steven BiFulco, MD, CLCP
     BiFulco Medical Group
     228 Bearss Avenue
     Tampa, Florida  33813
     (813) 417-7447

e.  Oliver J. Wood, Jr., PhD
Post Office Box 24677
Columbia, South Carolina  29224
(803) 736-1300

f.  Michael D. Freeman, MD, PhD, MPH, FAAFS
Post Office Box 96309
Portland, Oregon  97296
(971) 255-1008

g.  Robert P. Tremp, Jr., MA, CRC, CLCP
Post Office Box 1028
Traverse City, Michigan  49685
(407) 977-3223

B.  A statement of medical records and opinions was provided in Plaintiff's Answers to Defendant's Interrogatories and Plaintiff's Response to Defendants' Request for Production. A statement of opinions, facts, data considered, and exhibits regarding Mr. Black, Dr. BiFulco, Mr. Wood, Dr. Freeman, and Mr. Tremp was also provided to Defendants.

C.  The witness' qualifications and CV will be provided to Defendants.

D.  A list of cases where the witnesses testified as an expert was provided to the Defendants.

E.  A statement of compensation paid for the study and testimony will be provided to Defendants.

THE GIBBS LAW FIRM, LLC

By:  s/Christopher F. Gibbs
Christopher F. Gibbs (Bar No.: 12128)
1304 Boundary Street
Beaufort, SC 29902
(843) 379-2330
cgibbs@cgibbslawfirm.com
*Attorney for Plaintiff*

November 9,  2021